AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada



United States of America
v.
**Davina Marie Webster**
*Defendant*

Case No. 2:15-mj-403-CWH

Charging District: Northern District of Texas

Charging District's Case No. 2:15-cr-006-JBB

*[FILED/ENTERED/RECEIVED/SERVED ON COUNSEL/PARTIES OF RECORD — MAY 15 2015 — CLERK US DISTRICT COURT DISTRICT OF NEVADA — BY: _____ DEPUTY]*

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court Amarillo, TX | Courtroom No.: as directed |
| | Date and Time: as directed |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 5/14/2015

_____
*Judge's signature*

C.W. HOFFMAN, JR., U.S. MAGISTRATE JUDGE
*Printed name and title*